IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE GILLISPIE,<br>　　　　　Plaintiff,<br><br>vs.<br><br><br><br>REGIONALCARE HOSPITAL<br>PARTNERS, INC.; ESSENT<br>HEALTHCARE-WAYNESBURG LLC<br>*doing business as* SOUTHWEST<br>REGIONAL MEDICAL CENTER;<br>ESSENT<br>HEALTHCARE-PENNSYLVANIA, INC.;<br>ESSENT HEALTHCARE INC.; ESSENT<br>HEALTHCARE; SOUTHWEST<br>REGIONAL MEDICAL CENTER,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 13-1534<br><br>Judge Mark R. Hornak/<br>Chief Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this 21st day of April, 2015, after Plaintiff, Marie Gillispie, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until April 16, 2015 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' [34] Motion to Dismiss Plaintiff's Amended Complaint [32] is denied in part and granted in part. In particular, Counts VI through IX of Plaintiff's Amended Complaint are dismissed. As to Plaintiff's remaining claims, Defendants' Motion to Dismiss predicated on the scope of the First Amendment is denied.

1

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ *signature*
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF